UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 15-cv-22085-UNGARO/Otazo-Reyes**

PEDRO H. CREAMER, and all others
Similarly situated under 29 U.S.C. 216(b),

    Plaintiff,

vs.

FURNITURE INSTALLATION SOLUTION
INC., and JOEL JOSEPHS,

    Defendants.

_____/

**JOINT PLANNING AND SCHEDULING REPORT**

    Plaintiffs and Defendants, pursuant to Fed. R. Civ. P. 26(f), S.D.Fla. L.R. 16.1(B), and the Court's Order, hereby file this Joint Scheduling Report.

A.    The Likelihood of Settlement

    The Parties have begun to explore the possibilities of settlement as contemplated by S.D. Fla. L.R. 16.1(B)(5).

B.    The Likelihood of Appearance In the Action of Additional Parties

    At the present time, the Parties do not anticipate adding any additional Parties.

C.    Proposed Limits on the time:

    i.    To join other parties: 8/31/15;
    ii.    To amend the pleadings: 10/5/15;
    iii.    To file all dispositive Motions: 3/8/16;
    iv.    To file all non-dispositive Motions (not otherwise specified above): 4/4/16
    v.    To complete discovery:
- Written interrogatories, requests for admissions, requests for production of documents shall be propounded and responded to by 1/11/16.
- All depositions of non-expert witnesses and expert witness shall be completed by 2/9/16.

D. <u>Proposals for the Formulation and Simplification of Issues</u>

The Parties agree to cooperate in trying to simplify the issues through discovery.

E. <u>The Necessity or Desirability of Amendments to the Pleadings</u>

The Parties do not anticipate any Amendments to the Pleadings at this time.

F. <u>The Possibility of Obtaining Admissions of Fact and Documents to Avoid Unnecessary Proof</u>

The Parties will attempt, in good faith, to obtain admissions of fact, make appropriate stipulations, and exchange documents which will avoid unnecessary proof in this action. The Parties will work to agree on authentication of relevant documents and reserving arguments as to interpretation of such documents, specifically, to documents which originated from each of the Parties and/or their respective representatives/employees. At this time, there is no need for any advance rulings with respect to admissibility of evidence.

G. <u>Suggestions of the Avoidance of Unnecessary Proof and Cumulative Evidence</u>

The Parties, where possible and in good faith, shall attempt to streamline the presentation of evidence to advance the case to trial, and to minimize the duration of the proposed trial, as to those facts and evidence where there is no dispute.

H. <u>Suggestions on the Advisability of Referring Matters to Magistrate Judge or Master</u>

The Parties **agree** to consent to jurisdiction of all issues, including final disposition and jury trial, by the U.S. Magistrate Judge.

I. <u>Preliminary Estimate of the Time Required for Trial</u>

The Parties estimate this case will require 3 to 4 days for trial. Plaintiffs request a trial by jury.

J. <u>Requested Date or Dates for Conferences Before Trial A Final Pretrial Conference and Trial</u>

- The Parties propose the following dates:
    - Pretrial conference to address pending discovery disputes: 1/18/16
    - Final pretrial conference  5/12/16
    - Trial:  6/6/16

K. <u>Any Other Information That Might Be Helpful to the Court</u>

 The Parties have no additional suggestions at this time.

DATED:  The 17th day of July, 2015.

Respectfully submitted,

| | |
|---|---|
| s/ Julia M. Garrett_____ | s/ Ricardo A. Duarte |
| Julia M. Garrett, Esq. | D. Porpoise Evans, Esq. |
| Florida Bar No. 0105151 | Florida Bar No. |
| Email: jgarrett.jhzidellpa@gmail.com | Ricardo A. Duarte, Esq. |
| | Florida Bar No. 88614 |
| J.H. ZIDELL, P.A. | Email: dpevans@pbyalaw.com |
| 300 71st Street, Ste. 605 | Email: rduarte@pbyalaw.com |
| Miami Beach, Florida 33141 | |
| Telephone: (305) 865-6766 | Perlman, Bajandas, Yevoli & Albright, P.L. |
| Facsimile: (305) 865-7167 | 1000 Brickell Avenue, Suite 600 |
| | Miami, FL 33301 |
| | Telephone: (305) 377-0086 |
| *Counsel for Plaintiff* | Facsimile: (305) 377-0781 |
| | |
| | *Counsel for Defendants* |